UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: OLAJIDE AJIBOYE                                    CASE No.
       8007 ALLOWAY LANE
                                                         04-3-8888
       BELTSVILLE MD                20705

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-4813
SS#2 - XXX-XX-0000

This Case was              The Plan was              The Case was
commenced on  12/27/04     confirmed on 00/00/00     concluded on 11/17/05

THIS CASE WAS Dismissed before Confirmation          .
    Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records are available to the Court by the Trustee, upon
request.


TOTAL RECEIPTS                                                          .00
Less refunds to debtor                                   .00
TOTAL AMOUNT OF PLAN FUND                                               .00

Administrative fees:
       Filing Fee                                        .00
       Attorney Fee                                      .00
       Trustee Expense                                   .00
       Other Costs                                       .00

TOTAL ADMINISTRATIVE FEES                                              .00

------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS    CLASS        AMOUNT      AMOUNT PAID     BALANCE
        CREDITOR'S NAME                    ALLOWED   PRINCIPAL  INTEREST   DUE
------------------------------------------------------------------------------
COMPTROLLER OF TREASURY     NOT FILED        .00      .00      .00      .00
HOMECOMINGS FINANCIAL NETWOR NOT FILED       .00      .00      .00      .00
RESURGENT CAPITAL SERVICES  UNSECURED     7066.44     .00      .00      .00
TOYOTA FINANCIAL            NOT FILED        .00      .00      .00      .00
UNITED STATES TREASURY - IRS PRIORITY     4989.79     .00      .00      .00
UNITED STATES TREASURY - IRS UNSECURED   19972.17     .00      .00      .00
OLAJIDE AJIBOYE                  REFUND      .00      .00

                    --------------------------------------------------------
                    Priority      Secured        Unsecured     Continuing Debts
Total amount allowed  4989.79        .00          27038.61          .00
Total amount paid   :     .00        .00              .00           .00

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging

your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability on account of the within proceedings, and  closing
the estate, and for such other and further relief as is just.

/s/ Nancy Spencer Grigsby

_____

NANCY SPENCER GRIGSBY TRUSTEE

cc: JOHN R OWEN JR ESQ                DATED :04/24/06
    1835 UNIVERSITY BLVD
    SUITE 232
    HYATTSVILLE MD        20783